UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-CV-62233-BLOOM

GARFIELD SPENCE,

     Plaintiff,

vs.

DANIA BEACH FOOD, LLC and
G & B DIVERSIFIED I, L.L.C.,

     Defendants.

_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, GARFIELD SPENCE ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, DANIA BEACH FOOD, LLC  and G & B DIVERSIFIED I, L.L.C.

Plaintiff and Defendants, DANIA BEACH FOOD, LLC   and G & B DIVERSIFIED I, L.L.C., are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized.  Plaintiff and  Defendants request twenty (20) days within which to file its dismissal documents.

Respectfully submitted this 5th of December, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 5th day of December, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com