## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-cv-62233-BLOOM/Valle

GARFIELD SPENCE,

       Plaintiff,

v.

DANIA BEACH FOOD, LLC,
and G & B DIVERSIFIED I, LLC,

       Defendants.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon a Notice of Settlement, ECF No. [29], reporting the case as having settled.  The Court having carefully reviewed the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1.    The above-styled action is administratively **CLOSED**.  The Clerk shall **CLOSE** this case for administrative purposes only;

2.    The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers on or before **January 4, 2017**;

3.    Any pending motions are **DENIED AS MOOT**.  Any pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida this 5th day of December, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record